PAICE LLC, Plaintiff–Appellee,

v.

TOYOTA MOTOR CORPORATION,
Toyota Motor North America, Inc.,
and Toyota Motor Sales, U.S.A., Inc.,
Defendants–Appellants.

No. 2009–1399.

United States Court of Appeals,
Federal Circuit.

July 26, 2010.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).